## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**Brian Shin,**

    *Plaintiff,*

**v.**                                                    **Case No: 8:24-cv-02728-TPB-NHA**

**Applied Data Finance, LLC d/b/a**
**Personify Financial, and**
**Trans Union, LLC,**

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANTS

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendants, Trans Union LLC and Applied Data Financial, LLC, have reached settlements in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Trans Union LLC and Applied Data Financial, LLC from this case with prejudice.

    Dated January 8, 2025,

                                          **SERAPH LEGAL, P. A.**

                                          /s/ *Bridget L. Scarangella*
                                          Bridget L. Scarangella, Esq.
                                          Florida Bar No.: 1022866
                                          BScarangella@SeraphLegal.com
                                          Seraph Legal, P. A.
                                          2124 West Kennedy Boulevard, Suite A
                                          Tampa, FL 33606
                                          (813) 321-2345
                                          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2025 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866